IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. COUTTS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV121 |
| | ) | |
| V. | ) | |
| | ) | |
| KEARNEY COUNTY, NEBRASKA, | ) | **MEMORANDUM** |
| SHERIFF SCOTT WHITE, DEPUTY | ) | **AND ORDER** |
| SHANE MONTHEY, DEPUTY | ) | |
| COREY ZIOLA, and DEPUTY | ) | |
| JUSTIN GLANZER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 18, 2016, the court ordered Plaintiff to file an amended complaint by September 15, 2016, or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 21st day of September, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge