IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. COUTTS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV121 |
| | ) | |
| V. | ) | |
| | ) | |
| KEARNEY COUNTY, NEBRASKA, SHERIFF SCOTT WHITE, DEPUTY SHANE MONTHEY, DEPUTY COREY ZIOLA, and DEPUTY JUSTIN GLANZER, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

On August 18, 2016, the court ordered Plaintiff to file an amended complaint by September 15, 2016, or face dismissal of this action. (Filing No. 15.) Having not received an amended complaint as ordered, the court dismissed this action without prejudice and entered judgment on September 21, 2016. (Filing Nos. 16, 17.) On September 28, 2016, Plaintiff filed a motion requesting an extension of time to file an amended complaint. (Filing No. 18.)

Plaintiff's Motion for Extension of Time will be denied. Plaintiff's request for an extension is untimely. It was filed after the expiration of Plaintiff's deadline for submitting an amended complaint, and after the court had entered judgment. Moreover, Plaintiff has not offered any grounds for awarding him relief under Fed. R. Civ. P. 60.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time [Filing No. 18] is denied.

DATED this 4th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge